UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH EMAIL ACCOUNTS GAPFINANCIALINC@GMAIL.COM; HCHUMSKY65@GMAIL.COM; THEGROUP488@GMAIL.COM; VERATECINC@GMAIL.COM; AND SUNGLEE23@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC AND/OR OATH HOLDINGS INC. | DOCKET NO. 3:18mj315<br><br>ORDER SEALING SEARCH WARRANT, APPLICATION AND AFFIDAVIT |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, requesting that the Search Warrant, Application for Search Warrant, Application for Non-Disclosure Order, and Affidavit in support of the Search Warrant, along with the government's sealing motion and this Order and any other Orders issued in connection with this Application for Search Warrant, be sealed until further order of this Court, in order to protect the secrecy and integrity of an ongoing criminal investigation (except for a copy of the Search Warrant only to be served at the premises), and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Search Warrant, Application for Search Warrant, Application for Non-Disclosure Order, and Affidavit in support of the Search Warrant, along with this Motion and any Order issued pursuant to this Motion or in connection with this Application for Search Warrant, be sealed, and that same remain sealed until further order of this Court, except that a copy of the Search Warrant and Non-Disclosure Order shall be served on Google LLC.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

DONE AND ORDERED in Charlotte, North Carolina, on this 24 day of September, 2018.

_____
DAVID S. CAYER,
UNITED STATES MAGISTRATE JUDGE