IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

SEP 2 4 2018

US District Court
Western District of NC

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH EMAIL ADDRESSES GAPFINANCIALINC@GMAIL.COM; HCHUMKSY65@GMAIL.COM; THEGROUP488@GMAIL.COM; VERATECINC@GMAIL.COM; AND SUNGLEE23@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC AND/OR OATH HOLDINGS INC. | Case No. 3:18mj315<br><br>**Filed Under Seal** |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Oath Holdings Inc. d/b/a Yahoo! Mail (referred to herein as "Yahoo!"), an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the warrants of the existence of the attached warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrants will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Yahoo! shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one year from the date of entry of this Order, except that

Yahoo! may disclose the attached warrant to an attorney for Yahoo! for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

9-24-18
Date

David S. Cayer,
United States Magistrate Judge